PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROGER MCCULLAR, | CASE NO.: 2:16-CV-01174-TLN-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Roger McCullar and Defendant the United States respectfully submit this stipulation and proposed order for medical examinations under Federal Rule of Civil Procedure 35, which provides that the court may order physical examination of a party whose physical condition is in controversy.

The parties hereby stipulate that Plaintiff will submit to a medical examination by Dr. Eugene J. Carragee, M.D, on July 19, 2017, at 10:00 a.m. followed by a medical examination by Dr. D. Michael Hembd, M.D., on July 19, 2017 at 12:30 at 501 I Street in Sacramento, California, in the Federal Occupational Health Facility, Suite 7-300. The examinations will not be audiotaped. No staff or attorneys from the offices of Plaintiff's or Defendant's counsel will attend the examinations.

STIPULATION AND [PROPOSED] ORDER

1

Dated: June 15, 2017

                                          PHILLIP A. TALBERT
                                          United States Attorney

By:   */s/ Victoria L. Boesch*
      VICTORIA L. BOESCH
      Assistant United States Attorney

      Attorneys for Defendant
      United States of America


SMITH ZITANO LAW LLC

By:   */s/ David E. Smith (authorized on 6/15/2017)*
      DAVID E. SMITH

      Attorneys for Plaintiff
      Roger McCullar

**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE