| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | VICTORIA L. BOESCH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2743<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCCULLAR,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO.: 2:16-CV-01174-TLN-CKD<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY**<br><br>JUDGE: Hon. Troy L. Nunley |

Plaintiff Roger McCullar and the Defendant the United States respectfully submit this stipulation and proposed order jointly asking the Court to modify the scheduling order to allow the parties additional time for expert discovery, setting an expert discovery cut-off of **December 22, 2017**, and a deadline for filing dispositive motions of **January 11, 2018**. The scheduling order currently instructs the parties to complete expert discovery in time to comply with the dispositive motion deadline, which requires that dispositive motions to be heard no later than December 14, 2017 (thus requiring the parties to file such motions by November 16, 2017). *See* Dkt. 7 at 4. The requested modifications would not affect the scheduling order's dates for the pretrial conference (March 8, 2018, at 2:00 p.m.) and trial (May 7, 2018, at 9:00 a.m.). *See* Dkt. 7 at 6, 10. Good cause exists for the requested modifications because the parties have been diligently engaging in discovery and Plaintiff counsel's trial schedule prevented expert deposition scheduling in September and October. That conflict, combined with expert witness conflicts, made scheduling expert depositions very difficult. The parties have met and

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER
*McCullar v. United States,* Case No. 2:16-cv-01174-TLN-CKD

1

conferred, working together to schedule all the expert depositions as follows:

| | |
|---|---|
| Plaintiff's Expert – Edward Eyster, M.D. | November 3, 2017 |
| Plaintiff's Expert – Maria Brady, M.S. | November 14, 2017 |
| Plaintiff's Expert – Christopher Stephenson, M.D. | November 14, 2017 |
| Plaintiff's Expert – Donna Post, R.N. | November 17, 2017 |
| Plaintiff's Expert – Craig Enos, CPA | November 21, 2017 |
| Defendant's Expert – Dr. D. Michael Hembd, M.D. | December 1, 2017 |
| Defendant's Expert – Dr. Eugene Carragee, M.D. | December 7, 2017 |
| Defendant's Expert – Dr. Gerald Rodts, Jr., M.D. | December 15, 2017 |

Accordingly, the parties stipulate to and respectfully request that the Court modify the scheduling order to set an expert discovery cut-off of **December 22, 2017**, and a deadline for filing dispositive motions of **January 11, 2018**.

Respectfully Submitted,

DATED: October 25, 2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ *Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for Defendant,
United States of America

DATED: October 25, 2017 By: */s/ David E. Smith* (authorized 10/25/17)
DAVID E. SMITH
Smith Zitano Law Firm
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: October 25, 2017

_____
Troy L. Nunley
United States District Judge