1  MCGREGOR W. SCOTT
   United States Attorney
2  VICTORIA L. BOESCH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2743
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCCULLAR, | CASE NO.: 2:16-CV-01174-TLN-CKD |
| Plaintiff, | **ORDER DISMISSING CASE PER STIPULATED SETTLEMENT AND RELEASE** |
| v. | |
| UNITED STATES OF AMERICA, | JUDGE:  Hon. Troy L. Nunley |
| Defendant. | |

Plaintiff Roger McCullar and Defendant United States of America have reached an agreement to resolve the claims made by Plaintiff in this action. Dkt. 19.  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and the United States hereby stipulate to dismissal of Plaintiff's Complaint with prejudice in its entirety, each party to bear its own costs, and request that the Court order such dismissal.

Respectfully Submitted,

DATED: February 21, 2018        MCGREGOR W. SCOTT
                                United States Attorney

                        By:     /s/ *Victoria L. Boesch*
                                VICTORIA L. BOESCH
                                Assistant United States Attorney
                                Attorneys for Defendant,
                                United States of America

DATED: February 21, 2018    By:  */s/ David E. Smith* (authorized 2/21/18)
                                DAVID E. SMITH
                                Smith Zitano Law Firm
                                Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

DATED: February 21, 2018

_____
Troy L. Nunley
United States District Judge